IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID BLUE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No. 24-cv-2579-JPG |
| | ) |
| THOMAS ("T.J") WARREN, SCOTT MORSE, LISA BLUE, ROSE GRUNDY, VERETTA GARNETT, LEAH BROWN, ELAINA SCERENA, THERESA EYTALIS, LISA IRVIN, MICHELLE SCHAFER, CITY OF MARION, WILLIAMSON COUNTY STATE'S ATTORNEY, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT SCHAFER'S MOTION TO STAY DEADLINES

The Defendant, Judge Michelle Schafer, by and through her attorney, Kwame Raoul, Attorney General for the State of Illinois, moves pursuant to Federal Rule of Civil Procedure 26 for a stay of discovery and related deadlines:

1. Defendant Schafer has been sued pursuant to 42 U.S.C. § 1983 and common law tort for several claims arising from actions taken as a judicial officer. [Docs. 1 & 3].

2. A motion to dismiss raising absolute judicial immunity has been filed on Defendant Schafer's behalf. In addition, the tort claims are barred by state-law sovereign immunity.

3. This Court entered its *Uniform Trial Practices & Procedures* on February 18, 2025. [Doc. 21]. This order set this on the CJRA Track B, requires the parties to engage in mandatory mediation, and sets other disclosure and discovery timelines. [*Id*.]

4. Defendant Schafer requests to be excused from these deadlines pending review of her motion to dismiss. As cited in the motion, the Plaintiff's allegations do not suffice to deprive her of

absolute judicial immunity, and other courts have deemed similar allegations meritless. *See, e.g., Stump v. Sparkman*, 435 U.S. 349, 356-57 (1978); *Wilford v. County of Rush*, 2003 U.S. Dist. LEXIS 403, 2003 WL 77003, at *17 (S.D. Ind. Jan. 7, 2003); *see also Smith v. City of Hammond*, 388 F.3d 304, 307 (7th Circuit 2004) (characterizing action for monetary and injunctive relief against a judge as "plainly meritless" and warning that the plaintiff and his attorneys courted sanctions if they persisted in the "hopeless litigation").

5. A district court has wide discretion under Rule 26 to limit the scope and order of discovery. Fed. R. Civ. P. 26(c)-(d).

6. A plaintiff's right to discovery prior to a ruling on a motion to dismiss may properly be stayed where discovery is unlikely to produce facts necessary to defeat the motion. *See Sprague v. Brook*, 149 F.R.D. 575, 577-78 (N.D. Ill. Feb. 4, 1993) (collecting cases).

7. Here, where there are threshold arguments that limit Plaintiff's ability to pursue the instant action, discovery should be stayed as to Judge Schafer until the pleadings are resolved in order to protect defendant from undue burden or expense.

WHEREFORE, for the above reasons, Defendant respectfully requests that this Court stay the deadlines for mediation, discovery, and disclosures pending review of her motion to dismiss.

        Respectfully submitted,

        MICHELLE SCHAFER,

           Defendant,

Lisa Cook, #6298233
Assistant Attorney General    KWAME RAOUL, Attorney General,
500 South Second Street
Springfield, Illinois 62701       Attorney for Defendant,
(217) 782-5819 Phone
(217) 524-5091 Fax            By: Lisa Cook
Email: lisa.cook@ilag.gov       Lisa Cook #6298233
    & gls@ilag.gov           Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID BLUE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 24-cv-2579-JPG |
| ) | |
| THOMAS ("T.J") WARREN, SCOTT ) | |
| MORSE, LISA BLUE, ROSE GRUNDY, ) | |
| VERETTA GARNETT, LEAH BROWN, ) | |
| ELAINA SCERENA, THERESA ) | |
| EYTALIS, LISA IRVIN, MICHELLE ) | |
| SCHAFER, CITY OF MARION, ) | |
| WILLIAMSON COUNTY STATE'S ) | |
| ATTORNEY, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2025, the foregoing document, **Defendant Schafer's Motion to Stay Deadlines**, was electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notice of same to all counsel of record.

Respectfully Submitted,

s/Lisa Cook
Lisa Cook, #6298233
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
(217) 782-5819 Phone
(217) 524-4091 Fax
E-Mail: lisa.cook@ilag.gov