UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID BLUE, | ) |
| | ) Cause No.: 3:24-cv-2579-JPGA |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THOMAS ("T.J.") WARREN, et al, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT THERESA EYTALIS' UNOPPOSED
MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

COME NOW Defendant Theresa Eytalis, by and through her counsel of record, Brinker & Doyen, LLP, as and for her Unopposed Motion for Extension of Time to File Responsive Pleading to Plaintiff's First Amended Complaint, pursuant to Fed. R. Civ. P. 6(b), states as follows:

1. On December 6, 2024, David Blue filed the instant suit against Defendant Social Worker Theresa Eytalis, as well as 11 other defendants, for claims arising out of Plaintiff's arrest and prosecution for criminal sexual abuse to his adopted daughter N.B. [Doc. #1].

2. Plaintiff filed his first Amended Complaint on December 9, 2024. [Doc. #3].

3. Defendant Theresa Eytalis is sued in her individual capacity. [Doc. # 3, ¶ 20].

4. Counsel has been retained for Ms. Eytalis and entered their appearance on February 26, 2025. [Doc. # 32].

5. After reviewing the Court file, the undersigned counsel could not locate a return of service specific for Ms. Eytalis and was uncertain when she was served with a copy of Plaintiffs' First Amended Complaint.

6. On March 18, 2025, counsel for Plaintiff and counsel for Defendant Ms. Eytalis conferred regarding an extension of time to file responsive pleadings. Plaintiff has graciously agreed to allow Ms. Eytalis up to, and including March 26, 2025, to file responsive pleadings.

7. Having been granted extensions, no defendant has filed a responsive pleading to Plaintiff's First Amended Complaint.

8. An entry of default judgment has not been entered by this Court for Ms. Eytalis, nor has Plaintiff moved for such.

9. This motion is not brough for the purpose of delay or any other improper purpose, and Defendant avers that no party will be prejudiced by this extension of time

WHEREFORE, for the foregoing reasons, Defendant Theresa Eytalis respectfully requests the Court enter an Order allowing her up to up and including March 26, 2025, to file a responsive pleading to Plaintiff's First Amended Complaint, and for any further relief the Court deems just and necessary.

Respectfully submitted,

BRINKER & DOYEN, L.L.P.

By: */s/ Bridgette N. Fu*
Bridgette N. Fu, #6317239 (IL)
34 N. Meramec Avenue, 5th Floor
Clayton, Missouri 63105
Telephone: (314) 863-6311
Facsimile: (314) 863-8197
bfu@brinkerdoyen.com
*Attorneys for Defendant*
*Theresa Eytalis*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 19th day of March 2025 the foregoing was filed electronically through the Pacer filing system to be served by operation of the Court's electronic filing system upon the following:

Jennifer Bonjean
BONJEAN LAW GROUP, PLLC
303 Van Brunt Street, 1st Flr.
Brooklyn, NY 11231
(718) 875-1850

<u>Chicago Address</u>
53 W. Jackson Blvd., Ste. 315
Chicago, IL 60604
***Attorneys for Plaintiff***

                                            */s/  Bridgette N. Fu*