IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| DAVID BLUE, | ) |
| | ) Case No.: 24-CV-2579-JPG |
| Plaintiff, | ) |
| | ) The Honorable. J. Phil Gilbert |
| v. | ) |
| | ) |
| THOMAS ("T.J.") WARREN, et al. | ) |
| | ) |
| Defendants. | ) JURY TRIAL DEMANDED |

**CITY DEFENDANTS' MOTION FOR EXTENSION TO ANSWER
OR OTHERWISE PLEAD TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendants Thomas Warren and Scott Morse, by and through their attorneys, The Sotos Law Firm, P.C., and Defendant City of Marion, by and through its attorneys, Litchfield Cavo LLP, (collectively herein "City Defendants"), move this Court for an extension of time of sixteen (16) days, up to and including April 11, 2025, for City Defendants to answer or otherwise plead to Plaintiff's First Amended Complaint. In support thereof, City Defendants state as follows:

1. On December 6, 2024, Plaintiff David Blue filed his original Complaint. (Dkt. 1.) On December 9, 2024, Plaintiff filed his First Amended Complaint. (Dkt. 3.) Plaintiff served the City Defendants on or about January 21, 2025. On February 12, 2025, the City Defendants were granted an extension to March 26, 2025, to answer or otherwise plead. (Dkt. 14.)

2. The First Amended Complaint, which is nearly 27-pages long and contains 149 paragraphs, sets forth serious allegations of misconduct against the City Defendants, and asserts claims under both 42 U.S.C. § 1983 and state law. In essence, Plaintiff contends the City Defendants' alleged misconduct led to his 2019 arrest, prosecution and conviction for the sexual assault of his 12-year-old foster daughter, which was later overturned by the Illinois Appellate Court.

3. The seriousness and extent of these allegations necessitates the complete and thorough review of voluminous materials related to the investigation, underlying criminal trial, and reversed conviction in May 2023.

4. Moreover, the undersigned Counsel for Warren and Morse has been engaged in depositions on multiple cases including *Lugo v. Guevara, et al.*, Case No. 23-cv-1738; *Martinez v. Guevara*, Case No. 23-cv-1741; *Munoz v. Guevara*, Case No. 23-cv-3210; and *Williams v. Tessman, et al.*, Case. No. 23-cv-5945, all currently pending in the Northern District of Illinois. Counsel for the City has been engaged in depositions in multiple cases including *Brown v. Village of South Holland* et al., Case No. 1:24-CV-02170 and *Duncan v. Douglas County, et al.*, Case No. 2:22-cv-02179-SEM-EIL.

5. Due to the nature and extent of the allegations, the voluminous materials involved, as well as other professional obligations of defense counsel, Defendants respectfully request an additional sixteen (16) days, up to and including, April 11, 2025, to file an answer or otherwise respond to Plaintiff's First Amended Complaint.

6. This motion is not made for the purpose of causing undue delay nor will it result in prejudice to any party. Additionally, this extension does not interfere with any Case Management Plan, scheduled hearings or trials, or other deadlines set by Court order. Indeed, April 11 is the current deadline for Defendants Gundy and Garnett to respond to the First Amended Complaint. (Dkt. 33.)

7. Defense counsel conferred with Plaintiff's counsel on March 18, 2025, who indicated they take no position with regard to this request.

WHEREFORE, Defendants Thomas Warren, Scott Morse, and the City of Marion respectfully request this Court enter an order granting the Motion for an Extension of Time and extend the deadline for Defendants to answer or otherwise plead until April 11, 2025.

Date: March 21, 2025                             Respectfully submitted,

/s/ Laura M. Ranum                               /s/ Patrick J. Ruberry
LAURA M. RANUM, Atty No. 6300636                 PATRICK J. RUBERRY, Atty. No. 6188844
*One of the Attorneys for*                       *One of the Attorneys for*
*Defendants Thomas Warren and Scott Morse*       *Defendant City of Marion*

James G. Sotos                                   Patrick J. Ruberry
Laura M. Ranum                                   **Litchfield Cavo LLP**
Jeffrey R. Kivetz                                303 West Madison Street, Suite 300
THE SOTOS LAW FIRM, P.C.                         Chicago, IL 60606
141 W. Jackson Blvd., #1240A                     (312) 781-6675
Chicago, IL 60604                                ruberry@litchfieldcavo.com
(630) 735-3300
lranum@jsotoslaw.com

## CERTIFICATE OF SERVICE

      I certify under penalty of perjury that the foregoing is true and correct, pursuant to 28 U.S.C.A. § 1746, and that I electronically filed a complete copy of the foregoing **City Defendants' Motion for Extension to Answer or Otherwise Plead to Plaintiff's First Amended Complaint** with the Clerk of the Court on March 21, 2025, using the CM/ECF system, which will send notification of such filing to the below service list.

***Attorneys for Plaintiff:***
Jennifer A. Bonjean
Ashley B. Cohen
Joshua L. Morrison
**Bonjean Law Group**
303 Van Brunt Street, 1st Floor
39 Grove Street
Brooklyn, NY 11231
(718) 875-1850
Fax: 718-230-0582
jennifer@bonjeanlaw.com
ashley@bonjeanlaw.com
josh@bonjeanlaw.com

***Attorneys for Defendant City of Marion:***
Patrick J. Ruberry
**Litchfield Cavo LLP**
303 West Madison Street, Suite 300
Chicago, IL 60606
(312) 781-6675
ruberry@litchfieldcavo.com

***Attorneys for Defendant Lisa Irvin and Williamson County State's Attorney's Office:***
Julie M. Koerner #6204852
Lance E. Neyland #6331171
IFMK Law, Ltd.
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
(847) 291-0200
jkoerner@ifmklaw.com
lneyland@ifmklaw.com
Y

***Attorneys for Defendant Theresa Eytalis:***
Bridgette N. Fu  #6317239
**Brinker & Doyen, LLP**
34 N. Meramee Ave., 5th Flr.
Clayton, MO 63105
(314) 863-6311
bfu@brinkerdoyen.com

***Attorneys for Defendant Michelle Schafer:***
Lisa Cook #6298233
Assistant Attorney General
500 S. Second Street
Springfield, IL 62701
(217) 782-5819
lisa.cook@ilag.gov

***Attorneys for Defendants Rose Grundy, Veretta Garnett:***
Bernard James Slater Jr. #6220451
Assistant Attorney General
500 S. Second Street
Springfield, IL 62701
(773) 590-7875
bernard.slater@ilag.gov
gls@ilag.gov

***Attorneys for Defendants Elaina Scerena, Leah Brown:***
C. Zachary Vaughn #6288673
Brent L. Salsbury #6287279
**Wiedner & McAuliffe, Ltd.**
101 S. Hanley, Suite 1450
St. Louis, MO 63105
(314) 721-3400
czvaughn@wmlaw.com
blsalsbury@wmlaw.com




/s/ Laura M. Ranum
LAURA M. RANUM, Atty No. 6300636
*One of the Attorneys for*
*Defendants Thomas Warren and Scott Morse*