IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID BLUE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2024-cv-2579-JPG |
| ) | |
| THOMAS WARREN, *et. al.*, ) | |
| ) | |
| Defendants. ) | |

**WILLIAMSON COUNTY DEFENDANTS' SECOND**
**MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

Defendants, Williamson County State's Attorney's Office ("WCSAO") and Lisa Irvin (collectively referred to as the "Williamson County Defendants"), by and through one of their attorneys, Julie M. Koerner, hereby move this Court, pursuant to Fed. R. Civ. P. 6(b), for a second extension of time to file their responsive pleading to Plaintiff's First Amended Complaint. (*Dkt*. [3]). In support thereof, Defendants state as follows:

1. On December 6, 2024, David Blue ("Plaintiff") filed the instant suit against 12 defendants, inclusive of the Williamson County Defendants, for claims arising out of Plaintiff's arrest and prosecution for criminal sexual abuse to his adopted daughter N.B., which prosecution began in 2020. (*Dkt*. [1]).

2. On December 9, 2024, Plaintiff filed his First Amended Complaint. (*Dkt*. [3]).

3. The WCSAO was served on or about January 22, 2025.

4. Defendant Irvin was served on or about February 10, 2025.

5. Based on these service dates, the WCSAO's responsive pleading was due February 12, 2025, and Irvin's responsive pleading was due March 3rd.

6. Williamson County Defendants moved for an extension of time for filing responsive pleadings until March 26, 2025, so that Defendants could continue to investigate the

claims and allegations raised. (*Dkt*. [17]).

7. The Court granted Williamson County Defendants' motion and reset the deadline for filing their responsive pleading to March 26, 2025. (*Dkt.* [22]).

8. Movants pray that the Court grant a second extension of the time for filing their responsive pleading until **April 11, 2025**, so that movants can further investigate the claims and allegations raised.

9. This motion is not brought for the purpose of delay or any other improper purpose and is supported by good cause.

10. This is Williamson County Defendants' second request for an extension of time.

Wherefore, the Williamson County Defendants, respectfully request the Court extend their responsive pleading deadline to April 11, 2025.

                                                  Respectfully Submitted,

                                                  **WILLIAMSON COUNTY STATE'S ATTORNEY'S OFFICE, IRVIN**

By:    *s/Julie M. Koerner*
         Julie M. Koerner, #6204852
         IFMK Law, Ltd.
         650 Dundee Road, Suite 475
         Northbrook, Illinois 60062
         T: (847) 291-0200
         E: jkoerner@ifmklaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID BLUE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2024-cv-2579-JPG |
| ) | |
| THOMAS WARREN, *et. al.*, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

   I certify that on March 26, 2025, I caused the foregoing ***Williamson County Defendants' Second Motion For An Extension Of Time To File Responsive Pleading*** on behalf of the Williamson County State's Attorney's Office and Irvin, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following participants:

Ashley B. Cohen - ashley@bonjeanlaw.com
Jennifer A. Bonjean - jennifer@bonjeanlaw.com
Joshua L. Morrison - josh@bonjeanlaw.com
***Attorneys for Plaintiff***

James G. Sotos - jsotos@jsotoslaw.com
Jeffrey R. Kivetz - jkivetz@jsotoslaw.com
Laura M. Ranum - lranum@jsotoslaw.com
***Attorneys for Defendants Warren & Morse***

Patrick J. Ruberry - ruberry@litchfieldcavo.com
***Attorney for Defendant City of Marion***

Lisa A. Cook - lisa.cook@ilag.gov
***Attorney for Defendant Shafer***

Charles Z. Vaughn - czvaughn@wmlaw.com
Brent L. Salsbury - blsalsbury@wmlaw.com
***Attorneys for Defendants Brown & Scerena***

Bridgett N. Fu – bfu@brinkerdoyen.com
***Attorney for Defendant Eytalis***

Bernard J. Slater, Jr. - Bernard.slater@ilag.gov
***Attorney for Defendants Grundy & Garnett***

                By:  *s/Julie M. Koerner*
                   Julie M. Koerner, #6204852