# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID BLUE, ) | |
| ) | Cause No.: 3:24-cv-2579-JPGA |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| THOMAS ("T.J.") WARREN, et al, ) | |
| ) | |
| Defendants. ) | |

### SECOND MOTION FOR EXTENSION OF TIME

COMES NOW Defendant Theresa Eytalis, by and through her counsel of record, Brinker & Doyen, LLP, and pursuant to Fed. R. Civ. P. 6(b), for a second extension of time to file her responsive pleading to Plaintiff's First Amended Complaint, states as follows:

1. On December 6, 2024, Plaintiff David Blue filed the instant suit against Defendant Social Worker Theresa Eytalis, as well as 11 other defendants, for claims arising out of Plaintiff's overturned conviction for criminal sexual abuse to his adopted daughter N.B. [Doc. #1].

2. Plaintiff filed his First Amended Complaint on December 9, 2024. [Doc. #3].

3. Defendant Theresa Eytalis is sued in her individual capacity as a social worker who provided therapy to Plaintiff's daughter. [Doc. #3, ¶ 20].

4. Plaintiff's Amended Complaint includes 12 counts against various defendants and alleges multiple legal theories, including civil rights violations and state law claims. Plaintiff has also requested an award of compensatory damages, attorneys' fees, as well as punitive damages against this Defendant, as well as others.

5. Pursuant to request, the Court has granted Defendant Theresa Eytalis additional time to file her responsive pleading to Plaintiff's Amended Complaint and has made the new deadline March 26, 2025. [Doc. # 38].

6.	Defendant requests a second extension to file her responsive pleading, up to and including April 11, 2025, so Defendant can further investigate the claims and allegations raised against her in Plaintiff's Amended Complaint and finalize her responsive pleading.

7.	This motion is not brought for the purpose of delay or any other improper purpose and is supported by good cause.

WHEREFORE, Defendant Theresa Eytalis respectfully requests the Court extend the deadline for her to file a responsive pleading to April 11, 2025.

Respectfully submitted,

BRINKER & DOYEN, L.L.P.

By:/s/ *Bridgette N. Fu*
Bridgette N. Fu, #6317239 (IL)
34 N. Meramec Avenue, 5th Floor
Clayton, Missouri 63105
Telephone: (314) 863-6311
Facsimile: (314) 863-8197
bfu@brinkerdoyen.com
*Attorneys for Defendant*
*Theresa Eytalis*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of March 2025 the foregoing was filed electronically through the Pacer filing system to be served by operation of the Court's electronic filing system upon the following:

Jennifer Bonjean

2

Joshua L. Morrison
BONJEAN LAW GROUP, PLLC
303 Van Brunt Street, 1st Flr.
Brooklyn, NY 11231
(718) 875-1850
josh@bonjeanlaw.com

<u>Chicago Address</u>
53 W. Jackson Blvd., Ste. 315
Chicago, IL 60604
***Attorneys for Plaintiff***

                                          <u>/s/  Bridgette N. Fu</u>